■ In the Matter of SAM SAMPSON, Respondent, v NICOLE N. OTT, Appellant. [690 NYS2d 465] —Order unanimously affirmed without costs for reasons stated in decision at Jefferson County Family Court, Schwerzmann, J. (Appeal from Order of Jefferson County Family Court, Schwerzmann, J.—Custody.) Present—Green, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.